1  Marcus J. Bradley (Bar No. 174156)
   mbradley@marlinsaltzman.com
2  Kiley L. Grombacher (Bar No. 245960)
   kgrombacher@marlinsaltzman.com
3  MARLIN & SALTZMAN
   29229 Canwood Street, Suite 208
4  Agoura Hills, California 91301
   Telephone: 818.991.8080
5  Facsimile:  818.991.8081

6  Ronald A. Hartmann (Bar No. 115683)
   constructiondefects@sbcglobal.net
7  Kurt E. Kananen (Bar No. 156136)
   kurtkananen@sbcglobal.net
8  Kenneth King (Bar No. 245961)
   kkinghk@sbcglobal.net
9  HARTMANN & KANANEN
   20750 Ventura Blvd., Suite 101
10 Woodland Hills, California 91364
   Telephone: 818.710.0151
11 Facsimile: 818.710.0191

12 Attorneys for Plaintiff
   STEVEN VIGGIANO
13
   *(Defendants' counsel listed on next page)*
14

15              UNITED STATES DISTRICT COURT

16              CENTRAL DISTRICT OF CALIFORNIA

17

18 STEVEN VIGGIANO, On Behalf of        Case No.:  CV12-10747 MMM (JCGx)
   Himself, All Others Similarly
19 Situated,                            **STIPULATION OF VOLUNTARY
                                        DISMISSAL PURSUANT TO
20         Plaintiff,                    FED. R. CIV. P. 41(a)(1)(A)(ii)**

21         v.                            Hon. Margaret M. Morrow

22 HANSEN NATURAL
   CORPORATION; HANSEN
23 BERVERAGE COMPANY;
   MONSTER BEVERAGE
24 CORPORATION; and DOES 1-10,

25         Defendants.

26

27

28

                                        1
la-1210832

DAN MARMALEFSKY (BAR NO. 95477)
DMarmalefsky@mofo.com
DAVID F. McDOWELL (BAR NO. 125806)
DMcDowell@mofo.com
PURVI G. PATEL (BAR NO. 270702)
PPatel@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard, Suite 6000
Los Angeles, California 90017-3543
Telephone:  213.892.5200
Facsimile:   213.892.5454

Attorneys for Defendants
MONSTER BEVERAGE COMPANY
(f/k/a HANSEN NATURAL CORPORATION)
AND HANSEN BEVERAGE COMPANY

2

la-1210832

1       Plaintiff Steven Viggiano and Defendants Hansen Natural Corporation,

2   Hansen Beverage Company, and Monster Beverage Corporation, by and through

3   their undersigned counsel, stipulate as follows:

4       WHEREAS, on November 13, 2012, Plaintiff filed this putative class action,

5   which Defendants removed to this Court on December 17, 2012 [ECF No. 1];

6       WHEREAS, on January 25, 2013, Plaintiff filed a first amended complaint

7   [ECF No. 16];

8       WHEREAS, on March 1, 2013, Defendants filed their motion to dismiss the

9   first amended complaint [ECF No. 19];

10       WHEREAS, on May 13, 2013, the Court granted Defendants' motion to

11   dismiss the first amended complaint with leave to amend [ECF No. 32];

12       WHEREAS, in light of the Court's ruling, Plaintiff has agreed to dismiss his

13   individual claims with prejudice;

14       WHEREAS, Plaintiff has not received any consideration for agreeing to

15   dismiss his individual claims with prejudice;

16       WHEREAS, no class has been certified and no motion for class certification

17   is pending;

18       NOW THEREFORE, in recognition of the foregoing, the parties stipulate as

19   follows:

20       1.    Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff

21   Steven Viggiano's claims in this action will and hereby are voluntarily dismissed

22   against Defendants, conditioned on entry of a judgment of dismissal of such claims

23   by the Court dismissing Plaintiff's individual claims with prejudice and dismissing

24   the proposed class claims without prejudice; and

25

26

27

28

la-1210832

1        2.      Each side to bear their own costs.

2                                            Respectfully submitted,

3

4   Dated: May 28, 2013                MARLIN & SALTZMAN

5

6                                      By: /s/ Marcus J. Bradley

7                                          Marcus J. Bradley
*Attorneys for Plaintiff*

8

9   Dated: May 28, 2013                MORRISON & FOERSTER LLP

10

11                                      By: /s/ David S. McDowell

12                                        David S. McDowell
*Attorneys for Defendants*
*Monster Beverage Corporation*

13                                      *(f/k/a Hansen Natural*

14                                      *Corporation) and Hansen*
*Beverage Company*

15

16

17

18

19

20

21

22

23

24

25

26

27

28

la-1210832

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ECF ATTESTATION**

I, Marcus J. Bradley, am the ECF User whose ID and password are being used to file this **STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**.  In accordance with Local Rule 5-4.3.4, concurrence in and authorization of the filing of this document has been obtained from David F. McDowell, counsel for Defendants, and I shall maintain records to support this concurrence for subsequent production for the Court if so ordered or for inspection upon request by a party.

Marlin & Saltzman

Dated:  May 28, 2013                    By: /s/ Marcus J. Bradley
                                                        Marcus J. Bradley
                                                        ***Attorneys for Plaintiff***

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 28th day of May, 2013, the foregoing document was filed electronically on the CM/ECF system, which caused all CM/ECF participants to be served by electronic means.

/s/ Marcus J. Bradley
Marcus J. Bradley
***Attorneys for Plaintiff***

la-1210832