JS - 6

Marcus J. Bradley (Bar No. 174156)
mbradley@marlinsaltzman.com
Kiley L. Grombacher (Bar No. 245960)
kgrombacher@marlinsaltzman.com
MARLIN & SALTZMAN
29229 Canwood Street, Suite 208
Agoura Hills, California 91301
Telephone: 818.991.8080
Facsimile:  818.991.8081

Ronald A. Hartmann (Bar No. 115683)
constructiondefects@sbcglobal.net
Kurt E. Kananen (Bar No. 156136)
kurtkananen@sbcglobal.net
Kenneth King (Bar No. 245961)
kkinghk@sbcglobal.net
HARTMANN & KANANEN
20750 Ventura Blvd., Suite 101
Woodland Hills, California 91364
Telephone: 818.710.0151
Facsimile: 818.710.0191

Attorneys for Plaintiff
STEVEN VIGGIANO

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN VIGGIANO, On Behalf of Himself, All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>HANSEN NATURAL CORPORATION; HANSEN BERVERAGE COMPANY; MONSTER BEVERAGE CORPORATION; and DOES 1-10,<br><br>Defendants. | Case No.  CV12-10747 MMM (JCGx)<br><br>**[PROPOSED] ORDER AND JUDGMENT DISMISSING INDIVIDUAL CLAIMS WITH PREJUDICE AND DISMISSING PROPOSED CLASS CLAIMS WITHOUT PREJUDICE** |

Plaintiff Steven Viggiano and Defendants Hansen Natural Corporation, Hansen Beverage Company, and Monster Beverage Corporation have jointly stipulated to the dismissal of Plaintiff's claims in this action. The Court, having been duly advised thereof, hereby **ORDERS** as follows:

1. Plaintiff Steven Viggiano's individual claims in this action are dismissed with prejudice;
2. The proposed class claims are dismissed without prejudice; and
3. The parties are to bear their own costs.

**IT IS SO ORDERED.**

Dated: May 30, 2013

Honorable Margaret M. Morrow
United States District Judge